[No. 20792-3-II.     Division Two.     January 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY R. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04813-9, Brian M. Tollefson, J., entered May 2, 1996. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 21121-1-II.     Division Two.     January 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM FRANK HOLEVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-04341-4, Brian M. Tollefson, J., entered August 29, 1996. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Hunt, JJ.

[No. 21125-4-II.     Division Two.     January 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL MARTIN NUNEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00404-6, Randolph Furman, J., entered September 5, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 21198-0-II.     Division Two.     January 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON LACEY, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 96-8-00063-0, William E. Howard, J., entered September 12, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ. Now published at 90 Wn. App. 297.